UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SOFTVAULT SYSTEMS, INC., | ) | Case No.: 13-CV-0754-LHK |
| Plaintiff, | ) ) | ORDER DIRECTING DEFENDANT TO FILE CASE MANAGEMENT STATEMENT |
| v. | ) ) | |
| CITRIX SYSTEMS, INC., | ) ) | |
| Defendant. | ) ) ) | |

Defendant has failed to file a Case Management Statement 7 days in advance of the Case Management Conference set for May 24, 2013, as required under Federal Rule of Civil Procedure 26(f) and Civil Local Rule 16-9(a). Defendant is hereby ORDERED to file a Case Management Statement by <u>Tuesday, May 28, 2013, at 5 p.m</u>.

**IT IS SO ORDERED.**

Dated: May 24, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge