UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CITRIX SYSTEMS, INC., ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No.: 13-CV-0754-LHK <br><br> ORDER GRANTING EXTENSION OF TIME |

On May 28, 2013, the parties filed a Notice of Settlement advising the Court that the parties have reached a settlement in principal and are in the process of preparing the paperwork to properly memorialize their agreement.

Pursuant to the parties' stipulated request, the Court hereby continues the Case Management Conference scheduled for May 29, 2013, until July 24, 2013 at 1:30 p.m.  Plaintiffs' Case Management Conferences as to other Defendants scheduled for May 29, 2013, remain as set.

Plaintiff Softvault Systems, Inc. and Defendant Citrix Systems Inc. shall file their stipulation of dismissal by June 28, 2013, in which case the Court will vacate the July 24, 2013 Case Management Conference.

**IT IS SO ORDERED.**

1

Case No.: 13-CV-0754-LHK
ORDER GRANTING EXTENSION OF TIME

Dated:   May 28, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

2

Case No.: 13-CV-0754-LHK
ORDER GRANTING EXTENSION OF TIME