1  BENEDICT O'MAHONEY (CA Bar No. 152447)
   bomahoney@terralaw.com
2  **TERRA LAW**
   177 Park Avenue, Third Floor
3  San Jose, California 95113
   Telephone: (408) 299-1200
4  Facsimile: (408) 998-4895

5  JONATHAN T. SUDER (*Pro Hac Vice To Be Filed*)
   CORBY R. VOWELL (*Pro Hac Vice To Be Filed*)
6  TODD I. BLUMENFELD (*Pro Hac Vice To Be Filed*)
   **FRIEDMAN, SUDER & COOKE**
7  Tindall Square Warehouse No. 1
   604 East 4th Street, Suite 200
8  Fort Worth, Texas  76102
   Telephone: (817) 334-0400
9  Facsimile: (817) 334-0401
   Email: jts@fsclaw.com
10 Email: vowell@fsclaw.com
   Email: blumenfeld@fsclaw.com
11
   *Counsel for Plaintiff*
12 *SOFTVAULT SYSTEMS, INC.*

13
   ROBERT N. FELDMAN
14 **CITRIX SYSTEMS, INC.**
   Telephone: (781) 301-7931
15 Email: robert.feldman@citrix.com

16 *Counsel for Defendant*
   *CITRIX SYSTEMS, INC.*
17

18                    **UNITED STATES DISTRICT COURT**

19                    **NORTHERN DISTRICT OF CALIFORNIA**

20                                **SAN JOSE DIVISION**

| | |
|---|---|
| 21  SOFTVAULT SYSTEMS, INC., | Case No. 5:13-cv-00754-LHK |
| 22              Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL OF CITRIX SYSTEMS, INC.** |
| 23      v. | |
| 24  CITRIX SYSTEMS, INC., | |
| 25              Defendant. | |

Recognizing the Stipulation of Dismissal filed by Plaintiff SoftVault Systems, Inc. and Defendant Citrix Systems, Inc., it is

ORDERED that the claims and counterclaims asserted herein by Plaintiff SoftVault Systems, Inc. and Defendant Citrix Systems, Inc. against each other be, and hereby are, dismissed WITH PREJUDICE; and

ORDERED that each party shall bear its own costs and attorney's fees.
The Clerk shall close the file.

Signed this  2   day of   July         , 2013

_____
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE